**DEFAULT O/E JAD**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| GEORGE A MICKOLICK | : | BK. No. 18-70510 JAD |
| PENNY M MICKOLICK | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| BANK OF AMERICA, N.A. | : | Hearing Date: 02/07/2020 |
| Movant | : | |
| v. | : | Hearing Time: 11:00 AM |
| GEORGE A MICKOLICK | : | |
| PENNY M MICKOLICK | : | Objection Date: 01/27/2020 |
| and | : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : | Related to Doc. #49 |
| Respondents | : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 31st day of January, 2020, upon Motion of **BANK OF AMERICA, N.A.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 180 COULTER ST, DUNLO, PA 15930(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____sjk
JEFFERY A. DELLER, BANKRUPTCY JUDGE

FILED
1/31/20 1:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA