B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Western District of Pennsylvania

**In re: George A Mickolick, Penny M Mickolick**                   Case No. 18-70510

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>Carrington Mortgage Services, LLC | Name of Transferor:<br>Bank of America, N.A. |
| Name and Address where notices to Transferee should be sent:<br><br>Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806 | Court Claim # (if known): 12-1<br><br>Amount of Claim: $33863.87<br>Date Claim Filed: 09/25/2018 |
| Phone: 800-561-4567<br>Last Four Digits of Acct #: 6723 | Phone: 800-669-6607<br>Last Four Digits of Acct #: 6271 |
| Name and Address where Transferee payments should be sent (if different from above):<br><br><br>Phone:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Shakyra Hopkins                                                         Date: 12/13/2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**Western District of Pennsylvania**

*In Re:*                                                                                              Case No. 18-70510
**George A  Mickolick, Penny M  Mickolick**

           **Debtor(s)**                                                                    **Chapter 13**

## CERTIFICATE OF SERVICE

I hereby certify that on 12/13/2022, a true and correct copy of the foregoing  was served upon all interested parties pursuant to the Court's CM/ECF system.

By: /s/ Shakyra Hopkins
Authorized Agent for Transferee
1425 Greenway Drive, Suite 250
Irving, TX 75038

Debtor through the Debtor's Attorney of Record
George A  Mickolick
821 Cameron Avenue
Beaverdale PA 15921

Penny M  Mickolick
821 Cameron Avenue
Beaverdale PA 15921

Trustee
Ronda J. Winnecour
600 Grant Street, Suite 3250
Pittsburgh, PA 15219

Debtor's Counsel
Kenneth P. Seitz
P.O. Box 211
Ligonier, PA 15658

U.S. Trustee (if applicable)
Office of the United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222